JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONALINDA NICOLETTA VERLENGIA; and DOES 1 to 10,<br><br>　　　　　Defendants. | CV 18-0615-RSWL-SHK<br><br>**JUDGMENT** |

**WHEREAS,** on January 13, 2020, this Court **GRANTED** Defendant Monalinda Nicoletta Verlengia's ("Defendant") Motion for Summary Judgment ("Motion") [42] against Plaintiff Samuel Love ("Plaintiff"),

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant as to

1

Plaintiff's Americans with Disabilities Act claim, in accordance with this Court's previous Order granting Defendant's Motion for Summary Judgment.  As the Court declined to exercise supplemental jurisdiction over Plaintiff's Unruh Civil Rights and no defendants remain, the clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: January 13, 2020   /s/ Ronald S.W. Lew

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge